SENTENCING COURTROOM MINUTE SHEET     Date  07-28-09

Case No. CR-08-41-L     U.S.A. v  Larry Douglas Friesen

Commenced  2:00 pm     Ended  2:25 pm     Total Time  25 minutes

Judge Tim Leonard     Deputy Jamie Youngberg     Reporter Greg Bloxom

Plf Counsel David Walling; Chris Stephens   Dft Counsel Mack Martin
Probation Officer John Norberto     Interpreter  N/A

Dft appears in person with:  retained counsel  court-apptd counsel  public defender

PSR reviewed by government's counsel, defendant's counsel and defendant.  No corrections to PSR.  Defendant's counsel advises court that now that report has been revised, defendant withdraws his objections as the rulings would not affect the guidelines.  Government's counsel concurs.  Therefore, the court does not make rulings.

Counts of Indictment filed February 5, 2008 dismissed as per order filed.

Dft placed on probation for a period of 2 years.

Dft to abide by following conditions of Supervised Release/Probation:

(x)   shall comply with the standard conditions of supervision that have been adopted by this court.
(x)   shall cooperate in the collection of DNA as directed by the probation officer.
(x)   shall complete104 hours of community service during the first year of supervised release/probation as directed by the probation officer.

The condition that the defendant shall not possess a firearm or other destructive device is not imposed.

Fine is hereby waived due to dft's inability to pay a fine.

Dft ordered to pay special assessment of $25.00 due immediately.

Dft advised that pursuant to the plea agreement he/she has waived the right to appeal or collaterally challenge the sentence imposed by the Court, except under limited circumstances.